It is ORDERED that the petition for certification is denied, with costs.

156 A.3d 171

STATE OF NEW JERSEY, STATE ETHICS COMMISSION, PETI-TIONER–RESPONDENT, v. SEEMA SINGH, ESQ., FORMER RATEPAYER ADVOCATE, RESPONDENT–PETITIONER.

November 9, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000434–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

156 A.3d 171

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. FUQUAN J. GILLARD, DEFENDANT–PETITIONER.

November 9, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000096–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.